**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RYAN M. SWIGGART

                                              PETITIONER

v.                            NO. 2:11CV00223 SWW

T.C. OUTLAW, Warden,                                          RESPONDENT
F.C.I. Forrest City, Arkansas

## **ORDER**

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Ryan M. Swiggart is dismissed, all requested relief is denied, and judgment will be entered for respondent T.C. Outlaw.[1]

IT IS SO ORDERED this 20TH day of April, 2012.

                                                                   /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE

---

[1] The question of whether a certificate of appealability should be granted need not be answered because "such certificates are not required in habeas corpus cases brought solely under 28 U.S.C. 2241." See Lindstrom v. Graber, 203 F.3d 470, 473 (7th Cir. 2000).