# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RYAN M. SWIGGART

                                                                    PETITIONER


v.                                   NO. 2:11CV00223 SWW


T.C. OUTLAW, Warden,                                                RESPONDENT
F.C.I. Forrest City, Arkansas


### JUDGMENT


Pursuant to the Order entered this day, judgment is entered for respondent T.C. Outlaw. The

petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Ryan M. Swiggart

is dismissed and all requested relief is denied.

IT IS SO ORDERED this 20TH day of April, 2012.



/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE